UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA JOHNSON,

    Plaintiff,

  v.

DEPARTMENT OF HUMAN SERVICES,
an agency of the STATE OF MICHIGAN
(formerly known as the Family Independence
Agency),

    Defendant.
_____/

CIVIL ACTION NO. 05-73984

HON. PAUL D. BORMAN

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

      This court, having entered an Order Staying proceedings on April 4, 2006, until the Sixth Circuit Court of Appeals has ruled on the pending appeal in Case No. 05-71937, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

    **IT IS ORDERED** that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the appeal in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

    **IT IS SO ORDERED.**

                               s/Paul D. Borman
                               PAUL D. BORMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  August 30, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 30, 2006.

                                            s/Denise Goodine
                                            Case Manager

2:05-cv-73984-PDB-SDP Doc # 7 Filed 08/30/06 Pg 2 of 2 Pg ID 35